```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 03516
    CORA M WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2236


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 04/03/2006 and was confirmed 06/28/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 03/05/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
----------------------------------------------------------------------
T MOBILE                   UNSECURED           605.67         .00           18.29
HARRIS & HARRIS            UNSECURED        NOT FILED         .00             .00
CREDIT ACCEPTANCE CORP     UNSECURED          3071.49         .00          113.92
COMCAST CABLE              UNSECURED        NOT FILED         .00             .00
TCF BANK                   UNSECURED        NOT FILED         .00             .00
JEWEL FOOD STORES          UNSECURED        NOT FILED         .00             .00
ASSET ACCEPTANCE CORP      UNSECURED              .00         .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00             .00
CREDIT PROTECTION ASSOCI   NOTICE ONLY      NOT FILED         .00             .00
COLLECTION COMPANY OF AM   NOTICE ONLY      NOT FILED         .00             .00
PROFFESSIONAL ACCOUNT MG   NOTICE ONLY      NOT FILED         .00             .00
GENERAL MOTORS ACCEPTANC   UNSECURED              .00         .00             .00
CITIZENS FINANCIAL SERVI   UNSECURED           354.22         .00             .00
ASSET ACCEPTANCE CORP      UNSECURED              .00         .00             .00
RONALD B LORSCH            REIMBURSEMENT        8.40          .00            8.40
JEWEL                      UNSECURED        NOT FILED         .00             .00
ASSET ACCEPTANCE CORP      NOTICE ONLY      NOT FILED         .00             .00
RONALD B LORSCH            DEBTOR ATTY       3,000.00                     3,000.00
TOM VAUGHN                 TRUSTEE                                          172.57
DEBTOR REFUND              REFUND                                            18.82

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE             3,332.00

PRIORITY                                    8.40
SECURED                                      .00
UNSECURED                                 132.21
ADMINISTRATIVE                          3,000.00
TRUSTEE COMPENSATION                      172.57

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 03516 CORA M WILLIAMS
```

```
DEBTOR REFUND                                                    18.82
                                        ---------------    ---------------
TOTALS                                         3,332.00           3,332.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/25/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE